UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Civil Case Number: 5:15-CV-502-Oc-10 PRL

Netgyne Morancy
(Write the full name of the plaintiff)

vs.

Dr. Cindy Harris, mental Health Doctor, ~~Florida~~ ~~Department~~ ~~of~~ ~~Correction~~ ~~Mental~~, Florida Department of Corrections, Lowell Annex
(Write the full name of the defendant/s in this case)

FILED 2015 SEP 30 PM 2:33

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I. Party Information

A. Plaintiff: Netgyne Morancy

Address: FWRC 3700 N.W 111th place Ocala Fl 34482

Inmate/Prison No.: K85793

Year of Birth: 1996 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Cindy Harris          Defendant: _____

Official Position: mental health Doctor     Official Position: _____

Place of Employment: Lowell Annex   Place of Employment: _____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

Page 1 of 3

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stated in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not iclude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I inmate Morancy, Netgune H85793 released some information which were relating to release conditions, personal issues, need of medication due to mental health issue which Dr. Cindy Harris disclosed to inmate M. Battles without my permission. Later that inmate exposed everything that Dr. Harris discussed with her about me out loud on the quad stating that Dr. Harris discussed the information with her.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I would like a lawsuit of payment due to my confidentiality being violated.

_____

_____

**IV. Jury Demand**

Are you demanding a jury trial?    ✓ Yes    ___ No

Signed this ___Sept___ day of ___16___, 20_15_

_Netgyne morenell_
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _____

_Netgyne morenell_
Signature of Plaintiff

PAGE 3 of 3